UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:12-CR-00312-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARCUS DORRELL BYRD | ) | |

This matter is before the court on defendant's second *pro se* motion to dismiss the indictment. (DE # 17.) The government filed a response in opposition to the motion. (DE # 19.) Because defendant is now represented by counsel and his initial appearance and detention hearing were recently held, the motion is DENIED WITHOUT PREJUDICE.

This 8 January 2014.

_____
W. Earl Britt
Senior U.S. District Judge