UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:12-CR-00312-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARCUS DORRELL BYRD | ) | |

This matter is before the court on defendant's unopposed motion to extend the pretrial motions deadline and to continue the arraignment and trial. For good cause shown, the motion is ALLOWED. Any pre-trial motion shall be filed on or before 9 July 2014. Arraignment and trial are continued to 4 August 2014. Because defense counsel needs additional time to review new discovery, investigate and conduct plea negotiations, the court finds the ends of justice served by granting of this continuance outweigh the best interests of the public and defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This 28 May 2014.

_____
W. Earl Britt
Senior U.S. District Judge