UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 5:12-CR-312-1BR

FILED IN OPEN COURT
ON 8-5-14 KM
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA
vs.
ORDER

Marcus Dorrell Byrd

IT IS HEREBY ORDERED that the following Government Exhibits be returned to _Shawn Collins_ and remain in his custody through the time of sentencing and any proceeding on appeal or review.

Government's Exhibits:

#5 - Cocaine - 6/1/2011
#18 - Cocaine - 6/8/2011
#37 - Gun
#38 - Ammunition
#35 - Cocaine press
#33 - Small Silver scales
#44 - Black small digital scale
#47 - Big silver scales with bowl

This 5th day of August, 2014 Exhibits received by:

Shawn Collins
Print name

[signature]
Sign name

August 5, 2014

[signature]
W. EARL BRITT
SENIOR U. S. DISTRICT JUDGE