UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-312-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| MARCUS DORRELL BYRD | |

On motion of the Defendant, Marcus Dorrell Byrd, and for good cause shown, it is hereby ORDERED that **DE 163** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **27** day of October, 2025.

JAMES C. DEVER III
United States District Judge